| | |
|---|---|
| 1 | COOLEY LLP |
| 2 | TIMOTHY S. TETER (171451) (teterts@cooley.com)<br>LOWELL D. MEAD (223989) (lmead@cooley.com) |
| 3 | Five Palo Alto Square<br>3000 El Camino Real |
| 4 | Palo Alto, CA 94306-2155<br>Telephone: (650) 843-5000 |
| 5 | Facsimile: (650) 849-7400 |
| 6 | Attorneys for Defendant<br>Apple Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| Golden Bridge Technology Inc., | Case No. 5:12-cv-04882-PSG |
|---|---|
| Plaintiff, | ORDER GRANTING<br>**REQUEST BY COUNSEL FOR DEFENDANT APPLE INC. TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE** |
| v. | |
| Apple Inc., et al., | Date: October 9, 2012<br>Time: 2:00 p.m. |
| Defendants. | Location: Courtroom 5, 4th Floor<br>Judge: Hon. Paul S. Grewal |

Pursuant to Civil Local Rule 16-10, counsel for Defendant Apple Inc. ("Apple") hereby respectfully requests that Mr. Timothy S. Teter be allowed to participate in the October 9, 2012, 2:00 p.m. case management conference by telephone. Mr. Lowell D. Mead will appear for Apple in person. Due to previously-scheduled expert depositions in other case between Apple and Golden Bridge Technology Inc. (which GBT has informed Mr. Teter cannot be rescheduled) Mr. Teter will be on the east coast, and therefore unable to participate in-person at the October 9, 2012 hearing. Mr. Teter's direct dial telephone number is (650) 714-3176.

| | | |
|---|---|---|
| 1 | Dated: October 1, 2012 | */s/ Timothy S. Teter* |
| 2 | | Timothy S. Teter (171451) |
| | | teterts@cooley.com |
| 3 | | Lowell D. Mead (223989) |
| | | lmead@cooley.com |
| 4 | | Cooley LLP |
| | | Five Palo Alto Square |
| 5 | | 3000 El Camino Real |
| | | Palo Alto, CA  94306-2155 |
| 6 | | Telephone:    (650) 843-5000 |
| | | Facsimile:     (650) 849-7400 |

*Attorneys for Defendant Apple Inc.*

IT IS SO ORDERED

Dated: October 3, 2012

PAUL S. GREWAL
U.S. MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

The undersigned certifies that counsel of record who are deemed to have consented to electronic service are being served on October 1, 2012, with a copy of this document via the Court's CM/ECF system per Local Rules.  Any other counsel will be served by electronic mail, facsimile, overnight delivery and/or first class mail on this date.

By:   /s/Timothy S. Teter

1063713 v2/HN