RODERICK G. DORMAN (SBN 96908)
rdorman@mckoolsmithhennigan.com
LAWRENCE M. HADLEY (SBN 157728)
lhadley@mckoolsmithhennigan.com
MIEKE K. MALMBERG (SBN 209992)
mmalmberg@mckoolsmithhennigan.com
MCKOOL SMITH HENNIGAN, P.C.
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone:    (213) 694-1200
Facsimile:    (213) 694-1234

Attorneys for Plaintiff
GOLDEN BRIDGE TECHNOLOGY, INC.


TIMOTHY S. TETER
TETERTS@cooley.com
COOLEY LLP
3175 Hanover Street, Palo Alto
Five Palo Alto Square • 3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:    (650) 843-5275
Facsimile:    (650) 849-7400

Attorneys for Defendant
APPLE, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GOLDEN BRIDGE TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> APPLE, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIM. | Case No. CV-12-04882-PSG <br><br> ORDER GRANTING (AS MODIFIED) **SUPPLEMENTAL JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND AGREED SCHEDULE** |

In accordance with the discussion between the Court and the parties at the October 9, 2012

-1-

Initial Case Management Conference, Plaintiff Golden Bridge Technology, Inc. ("GBT") and Defendant Apple, Inc ("Apple") have conferred and reached agreement on the following schedule, which the parties respectfully ask that this Court adopt as part of its Case Management Order:

| **Event** | **Agreed Date** |
|---|---|
| Deadline to Serve Rule 26(a) Initial Disclosures | October 23, 2012 |
| Last day for Plaintiff to serve P.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions, and P.R. 3-2 Document Production | October 23, 2012 |
| Last day for Defendant to serve P.R. 3-3 Invalidity Contentions and P.R. 3-4 Document Production | December 14, 2012 |
| Last day to amend pleadings or add parties | December 14, 2012 |
| P.R. 4-1 Exchange of Proposed Terms for Construction | January 4, 2012 |
| P.R. 4-2 Exchange of Preliminary Claim Constructions and Extrinsic Evidence | January 23, 2013 |
| P.R. 4-3 Joint Claim Construction and Prehearing Statement | March 15, 2013 |

-2-

Case No. CV-12-04882-PSG          SUPP. JOINT CASE MANAGEMENT CONFERENCE STATEMENT

McKool 833841v2

| **Event** | **Agreed Date** |
|---|---|
| Completion of Claim Construction Discovery | April 9, 2013 |
| Opening Claim Construction brief filed by Plaintiff | May 10, 2013 |
| Opposition Claim Construction brief filed by Defendant | May 31, 2013 |
| Reply Claim Construction brief filed by Plaintiff | June 7, 2013 |
| Proposed Claim Construction hearing date | June ~~24,~~ 26, 2013 at 10AM |
| P.R. Rule 3-7 Advice of Counsel Disclosures | July 19, 2013 |
| Fact discovery cut-off | August 16, 2013 |
| Expert reports on issues on which the party bears the burden of proof | August 30, 2013 |
| Rebuttal expert reports | September 27, 2013 |
| Expert discovery cut-off | October 18, 2013 |
| Deadline to file dispositive motions | November 1, 2013 |
| Due date for oppositions to dispositive | November 22, 2013 |

| Event | Agreed Date |
|---|---|
| motions filed on motion cut-off date | |
| Due date for replies in support of dispositive motions filed on motion cut-off date | December 6, 2013 |
| Proposed hearing date for dispositive motions | December ~~20,~~ 17 2013 at 10AM |
| Final date to submit witness lists and exhibit lists pursuant to Rule 26(a)(3) | January 14, 2014 |
| Pre-trial conference | January 21, 2014 at 2:00 p.m. |
| Final date to file objections pursuant to Rule 26(a)(3) | January 21, 2014 |
| Proposed trial date | February 10, 2014 at ~~10:00~~ 9:30 a.m. |

DATED: October 19, 2012                 McKOOL SMITH HENNIGAN, P.C.


By   /s/ Lawrence M. Hadley
     Lawrence M. Hadley

Attorneys for Plaintiff, GOLDEN BRIDGE TECHNOLOGY, INC.

| | | |
|---|---|---|
| 1 | DATED: October 19, 2012 | COOLEY LLP |
| 4 | | By /s/ Timothy S. Teter |
| 5 | | Timothy S. Teter |
| 6 | | Attorneys for Defendant APPLE, INC. |
| 8 | IT IS SO ORDERED. | *[signature]* |
| 9 | 10/22/2012 | U.S. Magistrate Judge |

-5-

Case No. CV-12-04882-PSG                              SUPP. JOINT CASE MANAGEMENT
                                                                  CONFERENCE STATEMENT

McKool 833841v2

McKool Smith Hennigan, P.C.
los angeles, california

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 20, 2012 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail, facsimile, U.S. Mail and/or overnight delivery.

> */S/ Zelene C. Hall*
> Zelene C. Hall