| | |
|---|---|
| 1 | RODERICK G. DORMAN (SBN 96908) |
| | rdorman@mckoolsmithhennigan.com |
| 2 | LAWRENCE M. HADLEY (SBN 157728) |
| | lhadley@mckoolsmithhennigan.com |
| 3 | MIEKE K. MALMBERG (SBN 209992) |
| | mmalmberg@mckoolsmithhennigan.com |
| 4 | MCKOOL SMITH HENNIGAN, P.C. |
| | 865 South Figueroa Street, Suite 2900 |
| 5 | Los Angeles, California 90017 |
| | Telephone: (213) 694-1200 |
| 6 | Facsimile: (213) 694-1234 |
| 7 | Attorneys for Plaintiff |
| | GOLDEN BRIDGE TECHNOLOGY, INC. |
| 8 | |
| 9 | TIMOTHY S. TETER |
| | TETERTS@cooley.com |
| | LOWELL D. MEAD |
| 10 | lmead@cooley.com |
| | COOLEY LLP |
| 11 | 3175 Hanover Street, Palo Alto |
| | Five Palo Alto Square • 3000 El Camino Real |
| 12 | Palo Alto, CA 94306-2155 |
| | Telephone: (650) 843-5275 |
| 13 | Facsimile: (650) 849-7400 |
| 14 | Attorneys for Defendant |
| | APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GOLDEN BRIDGE TECHNOLOGY, INC., | ) | Case No. CV-12-04882-PSG |
| Plaintiff, | ) | |
| vs. | ) | **JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT** |
| APPLE INC., | ) | |
| Defendant. | ) | **[PATENT L.R. 4-3]** |
| AND RELATED COUNTERCLAIM. | ) | |

In accordance with Patent Local Rule 4-3 and the Court's Case Management Order, Plaintiff Golden Bridge Technology, Inc. ("GBT") and Apple Inc. ("Apple") hereby provide the Joint Claim

-1-

Case No. CV-12-04882-PSG                          JOINT CLAIM CONSTRUCTION STATEMENT
870321
870321

1  Construction and Prehearing Statement for the constructions of the terms, phrases and clauses in
2  U.S. Patent No. 6,075,793 ("the '793 patent").

**(A)  AGREED CONSTRUCTIONS**

The parties agree on the construction of the following terms:

| Term or Claim Limitation | Agreed Construction |
|---|---|
| "header frame"<br><br>Claims 5, 6, 7 | "A header followed by data in a frame, which may include multiple headers interspersed with fields of data." |
| "data-sequence signal"<br><br>Claims 5, 6, 7 | "A signal that may be derived from data, or an analog signal converted to data, signaling information, or other source of data symbols or bits." |
| "a header device"<br><br>Claims 5, 6, 7 | "A device that concatenates a header to a first data-sequence signal on a first channel." |
| "concatenating"<br><br>Claims 5, 7 | "Linking together two or more items in a single chain or series." |
| "EXCLUSIVE-OR gate"<br><br>Claim 6 | "A digital logic gate that performs the Boolean operation of nonequivalence, where the output of two compared values is only true if both inputs have different values." |

**(B)  DISPUTED CONSTRUCTIONS AND EVIDENCE**

The disputed constructions and each party's proposed construction and supporting evidence for the disputed terms and phrases is set forth in Exhibit A.

**(C)  IDENTIFICATION OF MOST SIGNIFICANT TERMS**

The parties dispute nine claim terms plus four means-plus-function claim elements. The parties believe that the terms that are not means-plus-function claim elements are likely more significant than the means-plus-function claim elements.

**(D)  ANTICIPATED LENGTH OF CLAIM CONSTRUCTION HEARING**

The parties anticipate that the claim construction hearing can be completed in three hours.

**(E)  ANTICIPATED TESTIMONY**

GBT does not anticipate calling live witnesses, including its expert, during the *Markman*

McKool Smith Hennigan, P.C.
los angeles, california

hearing. GBT reserves the right call live witnesses, including its expert, particularly if the Court would find such testimony helpful. Apple believes that live expert testimony may be appropriate at the hearing, and reserves the right to call its expert live at the hearing.

DATED:     March 15, 2013                    MCKOOL SMITH HENNIGAN, P.C.


                                             By  /s/ Lawrence M. Hadley
                                                 Lawrence M. Hadley

                                             Attorneys for Plaintiff, GOLDEN BRIDGE
                                             TECHNOLOGY, INC.

DATED:     March 15, 2013                    COOLEY LLP



                                             By    /s/ Timothy S. Teter
                                                   Timothy S. Teter

                                             Attorneys for Defendant APPLE, INC.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on March 15, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail, facsimile, U.S. Mail and/or overnight delivery.

                                        /s/ Lawrence M. Hadley

-4-

Case No. CV-12-04882-PSG                    JOINT CLAIM CONSTRUCTION STATEMENT
870321
870321