**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOLDEN BRIDGE TECHNOLOGY, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> APPLE, INC., ) <br> ) <br> Defendant. ) | Case No.: C 13-4882 PSG <br><br> **CLAIM CONSTRUCTION ORDER** <br><br> **(Re: Docket No. 273)** |

In this patent infringement suit, Plaintiff Golden Bridge Technology, Inc. ("GBT") alleges that Defendant Apple, Inc. ("Apple") infringes U.S. Patent No. 6,075,793. Yesterday, the court held a claim construction hearing that lasted the better part of a day. The parties stipulated to the construction of the following terms:

| **CLAIM TERM** | **CONSTRUCTION** |
|---|---|
| "Header" | "A sequence of bits or symbols, which include a pre-defined sequence of bits or symbols (pilot)." |
| "Header frame" | "A header followed by data in a frame, which may include multiple headers interspersed with fields of data." |
| "Data-sequence signal" | "A signal that may be derived from data, or an analog signal converted to data, signaling information, or other source of |

| | |
|---|---|
| | data symbols or bits." |
| "A header device" | "A device that concatenates a header to a first data-sequence signal on a first channel." |
| "Concatenating" | "Linking together two or more items in a single chain or series." |
| "EXCLUSIVE-OR gate" | "A digital logic gate that performs the Boolean operation of nonequivalence, where the output of two compared values is only true if both inputs have different values." |
| "Product devices" | "A device that performs a multiplication operation." |
| "Means for generating the plurality of chip sequence signals" | *Function:* "Generating the plurality of chip-sequence signals" *Structure:* "A chip sequence generator and equivalents thereof." |

At the parties' request, the court construed the following terms as follows:

| **CLAIM TERM** | **CONSTRUCTION** |
|---|---|
| "Multichannel-spread-spectrum transmitter" | Plain and ordinary meaning. |
| "Data channel" | "A communication channel able to carry data." |
| "Spread-spectrum data channel" | "A channel, without a header, that is generated by processing data-sequence signal by a respective chip-sequence signal." |
| "Spread-spectrum header channel" | "A channel generated by processing the header frame with a first chip-sequence signal." |
| "Chip sequence signal" and "Parallel chip sequence signals" | Plain and ordinary meaning. |
| "Synchronizing the plurality of data channels" | "Timing the two or more data channels using timing data from the header and timing and control signals from the processor." |
| "Spread spectrum means" | *Function:* "Spread spectrum processing the plurality of data sequence signals by a plurality of chip sequence signals respectively." *Structure:* "Product devices and equivalent thereof." |
| "Combiner means" | *Function:* "Algebraically combining the plurality of spread spectrum channels as a multichannel spread spectrum channel." *Structure:* "An adder and equivalents thereof." |
| "Carrier means" | *Function:* "Transmitting the |

2
Case No.: C 12-4882 PSG
ORDER

| | |
|---|---|
| | multichannel spread spectrum signal over a communications channel at a carrier frequency." *Structure:* "Transmitter-carrier subsystem comprised of appropriate filters, power amplifiers, and matching circuits coupled to an antenna, with or without a hard limitation, and equivalents thereof." |

The parties should rest assured that the court arrived at these constructions with a full appreciation of not only the relevant intrinsic and extrinsic evidence, but also the Federal Circuit's teachings in *Phillips v. AWH Corp.*[1] and its progeny. So that the parties may pursue whatever recourse they believe is necessary, a complete opinion will issue before entry of any judgment.

**IT IS SO ORDERED.**

Dated: June 27, 2013

                                        *Paul S. Grewal*
PAUL S. GREWAL
United States Magistrate Judge

---

[1] 415 F.3d 1303, 1312-15 (Fed. Cir. 2005).