COOLEY LLP
TIMOTHY S. TETER (171451) (teterts@cooley.com)
LOWELL D. MEAD (223989) (lmead@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:     (650) 843-5000
Facsimile:     (650) 849-7400

Attorneys for Defendant
Apple Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Golden Bridge Technology Inc.,<br><br>               Plaintiff,<br><br>   v.<br><br>Apple Inc.,<br><br>               Defendant. | Case No.  5:12-cv-04882-PSG<br><br>**DECLARATION OF LOWELL D. MEAD IN SUPPORT OF APPLE INC.'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO PRE-SUIT DAMAGES**<br><br>Date: March 4, 2014<br>Time: 10:00 a.m.<br>Courtroom: 5, 4th Floor<br>Judge: The Hon. Paul S. Grewal |

I, Lowell D. Mead, hereby declare:

1. I am counsel of record for defendant Apple Inc. in the above-captioned action.

2. Attached hereto as Exhibit 1 is a true and correct copy of the License Agreement entered into by Golden Bridge Technology Inc. dated May 24, 2002.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Settlement and Patent License Agreement entered into by Golden Bridge Technology Inc. dated August 8, 2007.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts of the expert report of Karl Schulze dated November 25, 2013. Portions of this document that are not relevant to the present motion and that may contain confidential information have been redacted. No unredacted version of this document is being filed or relied upon in connection with the present motion.

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the transcript of the deposition of Karl Schulze taken January 14, 2014 in the present case.

6. Attached hereto as Exhibit 5 is a true and correct copy of Deposition Exhibit 214, "Device details – Nokia 6700 slide."

7. Attached hereto as Exhibit 6 is a true and correct copy of Deposition Exhibit 215, "Nokia 6700 slide US."

8. Attached hereto as Exhibit 7 is a true and correct copy of Deposition Exhibit 216, "Nokia Lumia 800 specs."

9. Attached hereto as Exhibit 8 is a true and correct copy of Deposition Exhibit 217, "Device details - Nokia Lumia 900."

10. Attached hereto as Exhibit 9 is a true and correct copy of Samsung Galaxy S phone specifications, bearing Bates Numbers APPL_GBT2_02766326 - APPL_GBT2_02766329.

11. Attached hereto as Exhibit 10 is a true and correct copy of iPhone 4 vs Samsung Galaxy S II phone specs comparison, bearing Bates Numbers APPL_GBT2_02766321 - APPL_GBT2_02766325.

12. Attached hereto as Exhibit 11 is a true and correct copy of Golden Bridge

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

Case No. 5:12-cv-04882-PSG    1.    DECLARATION OF LOWELL D. MEAD ISO APPLE MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO PRE-SUIT DAMAGES

1 | Technology Inc.'s Amended Initial Disclosures dated August 21, 2013.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 29, 2014

                                                */s/ Lowell D. Mead*
                                                  Lowell D. Mead

## CERTIFICATE OF SERVICE

The undersigned certifies that counsel of record are being served via the ECF filing system on January 30, 2014.

By: */s/ Lowell D. Mead*

1213350 v1/HN

Case No. 5:12-cv-04882-PSG     1.     **CERTIFICATE OF SERVICE**

Cooley LLP
Attorneys At Law
Palo Alto