UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| GOLDEN BRIDGE TECHNOLOGY, INC, | ) | Case No. 5:12-cv-04882-PSG |
| | ) | |
| Plaintiff, | ) | **ORDER RE: MOTIONS TO SEAL** |
| v. | ) | |
| | ) | **(Re: Docket Nos. 298, 300, 307, 310, 329** |
| APPLE INC., | ) | **336, 338, 349, 353)** |
| | ) | |
| Defendant. | ) | |

Before the court are nine administrative motions to seal 44 documents. "Historically, courts have recognized a 'general right to inspect and copy public records and documents, including judicial records and documents.'"[1] Accordingly, when considering a sealing request, "a 'strong presumption in favor of access' is the starting point."[2] Parties seeking to seal judicial records relating to dispositive motions bear the "heavy burden" of overcoming the presumption

---

[1] *Oliner v. Kontrabecki*, 2014 DJDAR 3559 (9th Cir. 2014) (citing *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 & n. 7 (1978))).

[2] *Id.* (quoting *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003)).

1

Case No. 5:12-cv-04882-PSG
ORDER RE: MOTIONS TO SEAL

with "compelling reasons" that outweigh the general history of access and the public policies favoring disclosure.[3]

However, "while protecting the public's interest in access to the courts, we must remain mindful of the parties' right to access those same courts upon terms which will not unduly harm their competitive interest."[4] Records attached to nondispositive motions therefore are not subject to the strong presumption of access.[5] Because the documents attached to nondispositive motions "are often unrelated, or only tangentially related, to the underlying cause of action," parties moving to seal must meet the lower "good cause" standard of Rule 26(c).[6] As with dispositive motions, the standard applicable to nondispositive motions requires a "particularized showing"[7] that "specific prejudice or harm will result" if the information is disclosed.[8] "Broad allegations of harm, unsubstantiated by specific examples of articulated reasoning" will not suffice.[9] A protective order sealing the documents during discovery may reflect the court's previous determination that good cause exists to keep the documents sealed,[10] but a blanket protective order that allows the parties to designate confidential documents does not provide sufficient judicial scrutiny to determine whether each particular document should remain sealed.[11]

---

[3] *Id.*

[4] *Apple Inc. v. Samsung Electronics Co., Ltd.*, 727 F.3d 1214, 1228-29 (Fed. Cir. 2013).

[5] *See id.* at 1180.

[6] *Id.* at 1179 (internal quotations and citations omitted).

[7] *Id.*

[8] *Phillips ex rel. Estates of Byrd v. Gen. Motors Corp.*, 307 F.3d 1206, 1210-11 (9th Cir. 2002); *see* Fed. R. Civ. P. 26(c).

[9] *Beckman Indus., Inc. v. Int'l Ins. Co.*, 966 F.2d 470, 476 (9th Cir. 1992).

[10] *See Kamakana,* 447 F.3d at 1179-80.

[11] *See* Civ. L.R. 79-5(d)(1)(A) ("Reference to a stipulation or protective order that allows a party to designate certain documents as confidential is not sufficient to establish that a document, or portions thereof, are sealable.").

In addition to making particularized showings of good cause, parties moving to seal documents must comply with the procedures established by Civ. L.R. 79-5. Pursuant to Civ. L.R. 79-5(b), a sealing order is appropriate only upon a request that establishes the document is "sealable," or "privileged or protectable as a trade secret or otherwise entitled to protection under the law." "The request must be narrowly tailored to seek sealing only of sealable material, and must conform with Civil L.R. 79-5(d)."[12]  "Within 4 days of the filing of the Administrative Motion to File Under Seal, the Designating Party must file a declaration as required by subsection 79-5(d)(1)(A) establishing that all of the designated material is sealable."[13]

With these standards in mind, the courts rules on the instant motions as follows:

| **Motion to Seal** | **Document to be Sealed** | **Result** | **Reason/Explanation** |
|---|---|---|---|
| 298/300 | Apple's Motion to Exclude the Opinions and Testimony of Mr. Karl J. Schulze | SEALED | Narrowly tailored to confidential business information |
| 298/300 | Exhibit 1 to Teter Declaration ISO Apple's Motion to Exclude the Opinions and Testimony of Mr. Karl J. Schulze | UNSEALED | Not narrowly tailored to confidential business information. |
| 298/300 | Exhibit 5 to Teter Declaration ISO Apple's Motion to Exclude the Opinions and Testimony of Mr. Karl J. Schulze | UNSEALED | Not narrowly tailored to confidential business information. |

---

[12] Civ. L.R. 79-5(b). In part, Civ. L.R. 79-5(d) requires the submitting party to attach a "proposed order that is narrowly tailored to seal only the sealable material" which "lists in table format each document or portion thereof that is sought to be sealed," Civ. L.R. 79-5(d)(1)(b), and an "unredacted version of the document" that indicates "by highlighting or other clear method, the portions of the document that have been omitted from the redacted version." Civ. L.R. 79-5(d)(1)(d).

[13] Civ. L.R. 79-5(e)(1). The Civil Local Rules have recently been amended shortening the time available to the designating party to file a supporting declaration from seven days to four days. As this rule change was only recently implemented the court applies the prior form of Civ. L.R. 79-5 for the purposes of this order.

3

Case No. 5:12-cv-04882-PSG
ORDER RE: MOTIONS TO SEAL

| | | | |
|---|---|---|---|
| 298/300 | Exhibit 6 to Teter Declaration ISO Apple's Motion to Exclude the Opinions and Testimony of Mr. Karl J. Schulze | UNSEALED | Not narrowly tailored to confidential business information. |
| 298/300 | Exhibit 7 to Teter Declaration ISO Apple's Motion to Exclude the Opinions and Testimony of Mr. Karl J. Schulze | UNSEALED | Not narrowly tailored to confidential business information. |
| 298/300 | Exhibit 8 to Teter Declaration ISO Apple's Motion to Exclude the Opinions and Testimony of Mr. Karl J. Schulze | UNSEALED | Not narrowly tailored to confidential business information. |
| 298/300 | Exhibit 9 to Teter Declaration ISO Apple's Motion to Exclude the Opinions and Testimony of Mr. Karl J. Schulze | UNSEALED | Not narrowly tailored to confidential business information. |
| 298/300 | Exhibit 10 to Teter Declaration ISO Apple's Motion to Exclude the Opinions and Testimony of Mr. Karl J. Schulze | UNSEALED | Not narrowly tailored to confidential business information. |
| 298/300 | Exhibit 11 to Teter Declaration ISO Apple's Motion to Exclude the Opinions and Testimony of Mr. Karl J. Schulze | UNSEALED | Not narrowly tailored to confidential business information. |
| 298/300 | Exhibit 12 to Teter Declaration ISO Apple's Motion to Exclude the Opinions and Testimony of Mr. Karl J. Schulze | UNSEALED | Not narrowly tailored to confidential business information. |
| 298/300 | Exhibit 13 to Timothy Teter declaration in Support to Exclude Schulze's opinion | UNSEALED | Not narrowly tailored to confidential business information. |
| 298/300 | Exhibit 14 to Teter Declaration ISO Apple's Motion to Exclude the Opinions and Testimony of Mr. Karl J. Schulze | UNSEALED | Not narrowly tailored to confidential business information. |
| 298/300 | Exhibit 15 to Teter Declaration ISO Apple's Motion to Exclude the Opinions and Testimony of | UNSEALED | Declaration submitted indicating no redaction necessary |

4

Case No. 5:12-cv-04882-PSG
ORDER RE: MOTIONS TO SEAL

| | | | |
|---|---|---|---|
| | Mr. Karl J. Schulze | | |
| 298/300 | Exhibit 16 to Teter Declaration ISO Apple's Motion to Exclude the Opinions and Testimony of Mr. Karl J. Schulze | SEALED as amended in Docket No. 316 & 318 | Narrowly tailored to confidential business information |
| 298/300 | Exhibit 18 to Teter Declaration ISO Apple's Motion to Exclude the Opinions and Testimony of Mr. Karl J. Schulze | SEALED as amended in Docket No. 316 | Narrowly tailored to confidential business information |
| 298/300 | Exhibit 20 to Teter Declaration ISO Apple's Motion to Exclude the Opinions and Testimony of Mr. Karl J. Schulze | UNSEALED | Not narrowly tailored to confidential business information. |
| 298/300 | Exhibit 21 to Teter Declaration ISO Apple's Motion to Exclude the Opinions and Testimony of Mr. Karl J. Schulze | UNSEALED | No declaration filed |
| 298/300 | Exhibit 23 to Teter Declaration ISO Apple's Motion to Exclude the Opinions and Testimony of Mr. Karl J. Schulze | UNSEALED | No declaration filed |
| 307 | Apple's Motion for Partial Summary Judgment of No Pre-Suit Damages | UNSEALED | Not narrowly tailored to confidential business information |
| 307 | Exhibit 1 to Mead Declaration ISO Apple's Motion for Partial Summary Judgment of No Pre-Suit Damages | SEALED | Narrowly tailored to confidential business information |
| 307 | Exhibit 2 to Mead Declaration ISO Apple's Motion for Partial Summary Judgment of No Pre-Suit Damages | SEALED | Narrowly tailored to confidential business information |
| 307 | Exhibit 4 to Mead Declaration ISO Apple's Motion for Partial Summary Judgment of No Pre-Suit Damages | UNSEALED | Not narrowly tailored to confidential business information |
| 310 | Apple's Motion for Summary Judgment of No Willfulness | Pages 5-6 SEALED as redacted; all else UNSEALED | Declaration only filed as to sealed portions, which are narrowly tailored to |

| | | | confidential business information. |
|---|---|---|---|
| 310 | Exhibit 1 to Teter Declaration ISO Apple's Motion for Summary Judgment of No Willfulness | UNSEALED | No timely declaration filed |
| 310 | Exhibit 5 to Teter Declaration ISO Apple's Motion for Summary Judgment of No Willfulness | UNSEALED | No timely declaration filed |
| 310 | Exhibit 6 to Teter Declaration ISO Apple's Motion for Summary Judgment of No Willfulness | UNSEALED | No timely declaration filed |
| 310 | Exhibit 7 to Teter Declaration ISO Apple's Motion for Summary Judgment of No Willfulness | SEALED as follows: paragraphs 77 & 96. words starting "In the Intel implementation"; paragraphs 76, 77, 95, & 96 | Sealed portions reflect narrow tailoring to protect confidential business information. |
| 329 | Apple's Reply ISO Motion to Exclude the Opinions and Testimony of Mr. Karl J. Schulze | SEALED as follows: 1:16-19, 5:21-6:11. All else UNSEALED | Declaration only filed as to sealed portions, which are narrowly tailored to confidential business information. |
| 329 | Exhibit A to Teter Declaration ISO Apple's Reply ISO Motion to Exclude the Opinions and Testimony of Mr. Karl J. Schulze | SEALED | Narrowly tailored to confidential business information. |
| 329 | Exhibit B to Teter Declaration ISO Apple's Reply ISO Motion to Exclude the Opinions and Testimony of Mr. Karl J. Schulze | UNSEALED | Not narrowly tailored to confidential business information. |
| 329 | Exhibit C to Teter Declaration ISO Apple's Reply ISO Motion to Exclude the Opinions and Testimony of Mr. Karl J. Schulze | SEALED | Narrowly tailored to confidential business information. |

| | | | |
|---|---|---|---|
| 336 | GBT's Opposition to Apple's Motion for Summary Judgment of Noninfringement | SEALED | Narrowly tailored to confidential business information |
| 336 | Exhibit 1 to Huang Declaration ISO GBT's Opposition to Apple's Motion for Summary Judgment of Noninfringement | SEALED as amended in Docket No. 345, 346, & 348 | Narrowly tailored to confidential business information |
| 336 | Exhibit 2 to Huang Declaration ISO GBT's Opposition to Apple's Motion for Summary Judgment of Noninfringement | SEALED as amended in Docket No. 345, 346, & 348 | Narrowly tailored to confidential business information |
| 336 | Exhibit 4 to Huang Declaration ISO GBT's Opposition to Apple's Motion for Summary Judgment of Noninfringement | SEALED as amended in Docket No. 345, 346, & 348 | Narrowly tailored to confidential business information |
| 336 | Exhibit 6 to Huang Declaration ISO GBT's Opposition to Apple's Motion for Summary Judgment of Noninfringement | SEALED as amended in Docket No. 348 | Specifications in Docket No. 348 narrowly tailored to confidential business information; remainder not narrowly tailored to confidential business information. |
| 336 | Exhibit 7 to Huang Declaration ISO GBT's Opposition to Apple's Motion for Summary Judgment of Noninfringement | SEALED as amended in Docket No. 345, 346, & 348 | Narrowly tailored to confidential business information |
| 336 | Exhibit 8 to Huang Declaration ISO GBT's Opposition to Apple's Motion for Summary Judgment of Noninfringement | SEALED as amended in Docket No. 345 & 346 | Narrowly tailored to confidential business information |
| 338 | GBT's Opposition to Apple's Motion for Partial Summary Judgment of No Pre-Suit Damages | SEALED as amended in Docket No. 338-1 | Narrowly tailored to confidential business information |

7

Case No. 5:12-cv-04882-PSG
ORDER RE: MOTIONS TO SEAL

| | | | |
|---|---|---|---|
| 338 | Exhibit A to Irving Declaration ISO GBT's Opposition to Apple's Motion for Partial Summary Judgment of No Pre-Suit Damages | UNSEALED | Declaration submitted indicating no redaction necessary |
| 338 | Exhibit B to Irving Declaration ISO GBT's Opposition to Apple's Motion for Partial Summary Judgment of No Pre-Suit Damages | UNSEALED | Declaration submitted indicating no redaction necessary |
| 338 | Exhibit F to Irving Declaration ISO GBT's Opposition to Apple's Motion for Partial Summary Judgment of No Pre-Suit Damages | SEALED as amended in Docket No. 347 | Narrowly tailored to confidential business information |
| 349 | Apple's Reply ISO Motion for Partial Summary Judgment of No Pre-suit Damages | SEALED as follows: 2:10, 13: 2-3, 7. All else UNSEALED | Declaration only filed as to sealed portions, which are narrowly tailored to confidential business information. |
| 353 | Apple's Reply ISO Motion for Summary Judgment of Noninfringement | SEALED as amended in Docket No. 359 | Narrowly tailored to confidential business information |

**IT IS SO ORDERED.**

Dated: March 24, 2014

　　　　　　　　　　　　　　　　　　　　　　　_Paul S. Grewal_

　　　　　　　　　　　　　　　　　　　　　　　PAUL S. GREWAL
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

8

Case No. 5:12-cv-04882-PSG
ORDER RE: MOTIONS TO SEAL