UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOLDEN BRIDGE TECHNOLOGY,<br><br>　　　　　Plaintiff,<br>　v.<br>APPLE INC.,<br>　　　　　Defendant. | Case No. 5:12-cv-04882-PSG<br><br>**ORDER ON MOTIONS-IN-LIMINE**<br><br>**(Re: Docket Nos. 299, 404, 405, 407, 408, 409, 410, 414, 416, 418, 419, 420, 424, 446, 448, 450, 454)** |

Earlier today, the parties appeared for a pretrial conference on these motions. In the interest of clarity, the court now summarizes the rulings it issued during the hearing. A separate order will follow setting out the schedule for trial.

| Docket | Document | Seeking To Exclude | Result |
|---|---|---|---|
| 299 | Defendant's Motion To Exclude | Testimony and Opinion of Karl Schulze | GRANTED; a separate opinion will issue. |
| 404 | Plaintiff's Motion-In-Limine No. 1 | Any evidence of, reference to, or suggestion of the construction of claim terms rejected by this court | GRANTED |
| 405 | Plaintiff's Motion-In-Limine No. 2 | Characterizations of GBT such as "patent troll," "non-practicing entity," "pirate," "paper patent owner," "shell corporation," "litigious" or any similar disparaging term | GRANTED-IN-PART; "non-practicing entity" or "NPE" is acceptable. |

| | | | |
|---|---|---|---|
| 407 | Plaintiff's Motion-In-Limine No. 3 | Reference to or suggestion of disparaging characterizations of the patent office or its employees | GRANTED |
| 408 | Plaintiff's Motion-In-Limine No. 4 | Evidence of, reference to, or suggestion of GBT's offers to license its patent portfolio occurring more than one year before the date of the hypothetical negotiation | DENIED |
| 409 | Plaintiff's Motion-In-Limine No. 5 | Evidence of, reference to, or suggestion of unrelated litigation to which GBT was or is a party | GRANTED-IN-PART; witnesses may be cross-examined on any patent analysis without reference to underlying litigation |
| 410 | Plaintiff's Motion-In-Limine No. 6 | Evidence of, reference to, or suggestion of GBT's performance of unrelated agreements | DENIED |
| 414 | Defendant's Motions in Limine Set 1 (Claim Construction and Invalidity) | Any Testimony or Argument that the '793 Claims Exclude "Hard-Wired" Processors | GRANTED |
| | | Any Testimony or Argument that the '793 Claims Exclude Chip Sequence Generators that Use Chip Sequences Stored in Memory | GRANTED |
| | | Any Testimony or Argument Inconsistent with the Court's Construction of "Synchronizing." | GRANTED |
| | | Any Testimony or Argument Inconsistent with the Ordinary Meaning of "Spread-Spectrum." | DENIED |
| | | Dr. Garodnick's Uncorroborated Word Document and Any Related Testimony | GRANTED-IN-PART; document may not be offered to prove August 1997 invention date |
| | | Testimony from Dr. Newman, Dr. Newman's Inadmissible Declaration, or Reference to Same | GRANTED |
| | | Any Argument or Testimony that Any Other Document Supports a Pre-Filing Invention Date | GRANTED |

2

Case No. 5:12-cv-04882-PSG
ORDER ON MOTIONS-IN-LIMINE

| | | | |
|---|---|---|---|
| | | Any Argument or Testimony As To The Combination of Prior Art References | DENIED |
| | | Any Argument or Testimony that the industry has "Praised" the '793 Patent or Agreed to Its Validity | GRANTED as unopposed. |
| | | Any Argument or Testimony that the '793 Patent Is Responsible for "Commercial Success" | GRANTED as to Vojcic |
| | | Any Argument or Testimony that others "Tried and Failed" to Make the '793 Patent or that A "Long Felt Need" Existed for It | GRANTED as to Vojcic |
| | | Any Argument or Testimony that the U.S. Patent Office Considered Any of the Prior Art References Not Cited in the Prosecution History | GRANTED |
| | | Any Argument or Testimony Characterizing the Competence, Expertise, or Experience of the U.S. Patent Office Examiner | GRANTED as unopposed. |
| | | Any Argument or Testimony Characterizing the Overall Length of Examination by the U.S. Patent Office | GRANTED |
| | | Any Argument or Testimony Characterizing the "Presumption of Validity" or the "Clear and Convincing Evidence" Standard | DENIED |
| 416 | Defendant's Motion in Limine No. 2 | Testimony and opinions of Dr. Branimir Vojcic | DENIED |

3

Case No. 5:12-cv-04882-PSG
ORDER ON MOTIONS-IN-LIMINE

| | | | |
|---|---|---|---|
| 418 | Defendant's Motions in Limine Set 3 (Damages) | Any Argument or Testimony Regarding Apple's Size, Wealth, Market Capitalization, Cash, Overall Revenues, Revenues on Accused Products, or Entire Market Value of Apple's Accused Sales | DENIED without prejudice to renewal upon service of revised Schulze report |
| | | Monetary Terms of Apple's License Agreements | DENIED without prejudice to renewal upon service of revised Schulze report |
| | | Any Argument or Testimony Regarding Litigation Settlement Discussions, Including the Confidential Delaware Mediation | DENIED without prejudice to renewal upon service of revised Schulze report |
| | | Exclude Any Fact Witness Testimony Opining on Damages | DENIED without prejudice to renewal upon service of revised Schulze report |
| | | Any Argument or Testimony that the '793 Patent or the Accused Functionality Provides Any "Improvement" Over the Next Best Alternative | DENIED without prejudice to renewal upon service of revised Schulze report |
| | | Any Argument or Testimony that a Design Around Would Not Have "Been Available" | DENIED without prejudice to renewal upon service of revised Schulze report |
| | | Any Argument or Testimony Regarding Mr. Schulze's Damages Opinions | DENIED without prejudice to renewal upon service of revised Schulze report |
| | | Any Argument or Testimony Regarding the Third Party Papers Identified By Mr. Schulze in His Expert Report | DENIED without prejudice to renewal upon service of revised Schulze report |
| | | Any Argument or Testimony that GBT or its Licensees Marked any Product | DENIED without prejudice to renewal upon service of revised Schulze report |
| 419 | Defendant's Motions in Limine Set 4 (Noninfringement) | Any Argument or Testimony that GBT Contributed Anything to HSUPA | DENIED |
| | | Any Argument or Testimony Regarding Irrelevant Involvement by GBT with Standard-Setting Organizations | DENIED |

4

Case No. 5:12-cv-04882-PSG
ORDER ON MOTIONS-IN-LIMINE

| | | | |
|---|---|---|---|
| | | Any Argument or Testimony Regarding GBT's Relationship with Network Carriers | DENIED |
| | | Any Argument or Testimony Referring to the '793 Patent or the Claimed Invention as "HSUPA" | DENIED |
| | | Any Argument or Testimony that the '793 Is "Essential" to Practice HSUPA | DENIED |
| | | Any Argument or Testimony that the 3GPP Standards Setting Organization "Copied" the '793 Patent or Was Aware of the '793 Patent During the Standardization Process | DENIED |
| | | Any Argument or Testimony that the '793 is a "Blocking Patent" or Otherwise "Essential" to Operate on any Network, Including the AT&T Network | GRANTED-IN-PART; argument or testimony may be given so long as it is limited to the accused products |
| | | Any Argument or Testimony that GBT or Dr. Schilling Invented "Multichannel Transmitters" or "Multicode" | DENIED |
| | | Testimony by GBT's Experts that Any Apple User Actually Used HSUPA in the Allegedly Infringing Manner | DENIED |
| | | Any Argument or Testimony that Apple Has Infringed Under the Doctrine of Equivalents or Indirectly | GRANTED as unopposed |
| | | Any Argument or Testimony that the '793 Patent Is Required For Any Network Technology Other than HSUPA | GRANTED as unopposed. |
| | | Any Argument or Testimony that the '793 Patent is Required to Practice "3G" | DENIED |

| | | | |
|---|---|---|---|
| | | Any Argument or Testimony that Apple Has Been "Willful," Intentional, or Otherwise Culpable Regarding the '793 Patent | GRANTED |
| | | Any Argument or Testimony that Apple Had Any Duty to Investigate Patents Including But Not Limited to GBT's Patents | DENIED |
| 420 | Defendant's Motions in Limine No. 5 (General) | Testimony of GBT Board Member Bernard Marren | DENIED |
| | | Any argument or testimony regarding OPTi and OPTi Litigation | GRANTED |
| | | Undisclosed Expert/Opinion Testimony of '793 Inventors | GRANTED |
| | | Witnesses removed from GBT's witness list (Dr. Newman) | GRANTED |
| | | Any Argument or Testimony Regarding the GTT Group's Valuation of the GBT Patent Portfolio | GRANTED-IN-PART; GTT reports themselves are out, but experts may reference content |
| | | Any Argument or Testimony Regarding the GTT Group's Opinion that the '793 Patent Is "Essential" | DENIED |
| | | Argument or testimony that GBT's license agreements are "admissions" | DENIED |
| | | Argument or testimony that Apple infringes any third party patents | GRANTED as unopposed |
| | | Argument or testimony regarding Apple's litigations with third parties | GRANTED as unopposed |
| | | Expert or Opinion testimony not provided in the expert reports | GRANTED |
| | | Argument or testimony about the expert's work or compensation in other matters | DENIED |
| | | Argument or Testimony About Counsel's Work and Compensation in Other Matters | GRANTED as unopposed |
| | | Argument or evidence about mock juries, focus groups, etc. | GRANTED as unopposed |

The court also issues the following rulings on the pending motions to seal.

| **Motion to Seal** | **Documents to be Sealed** | **Result** | **Reason/Explanation** |
|---|---|---|---|
| 446 | Apple's Opposition to GBT's Motion In Limine No. 4 and Exhibits | UNSEALED | No declaration filed |
| 448 | Apple's Opposition to GBT's Motion In Limine No. 5 and Exhibits | UNSEALED | No declaration filed |
| 450 | Apple's Opposition to GBT's Motion In Limine No. 6 and Exhibits | UNSEALED | No declaration filed |
| 454 | Apple's Objections to GBT's Untimely Identification of GBT's Consultant as a Trial Witness and Exhibits | SEALED as amended in Docket No. 466 | Narrowly tailored to confidential business information |

**IT IS SO ORDERED.**

Dated: May 16, 2014

PAUL S. GREWAL
United States Magistrate Judge

7
Case No. 5:12-cv-04882-PSG
ORDER ON MOTIONS-IN-LIMINE