UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOLDEN BRIDGE TECHNOLOGY,<br><br>    Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No. 5:12-cv-04882-PSG<br><br>**ORDER RE: TRIAL SCHEDULE** |

On Friday, the parties appeared before the undersigned for a pretrial conference. In addition to resolving the motions-in-limine, the undersigned set a schedule for the pending trial. Each side shall have an hour for opening statements, an hour for closing arguments, and a total of twenty hours for direct and cross-examination of witnesses. However, if it should become necessary, the court will entertain requests for addition time to present testimony.

The court will address disputes over exhibits, demonstratives and deposition testimony on the day in which they are to be used, before the jury arrives. In addition, the court will hold a charging conference to decide on final jury instructions partway through the case. In general, the schedule for a trial will be as follows:

- 8:30 A.M.: Attorneys in court to address housekeeping and evidentiary matters
- 9:00 A.M. Testimony begins before the jury.
- 12:15 P.M. Lunch break
- 1:00 P.M. Attorneys in court to address housekeeping and evidentiary matters

1

Case No. 5:12-cv-04882-PSG
ORDER RE: TRIAL SCHEDULE

- 1:30 P.M. Testimony begins before the jury
- 4:30 P.M. Trial ends.

This schedule will vary on certain days, as described in the chart below:

| **Weekday** | **Date** | **Attorneys' Arrival Time** | **Jury Arrival Time** | **Trial Day Ends** |
|---|---|---|---|---|
| Fri. | 5/30/14 | 8:30 A.M. | 9:30 A.M. | Whenever jury selected |
| Mon. | 6/2/14 | 1:00 P.M. | 1:30 P.M. | 4:30 P.M. |
| Tues. | 6/3/14 | 9:30 A.M. | 10:00 A.M. | 4:30 P.M. |
| Wed. | 6/4/14 | 8:30 A.M. | 9:00 A.M. | 4:30 P.M. |
| Thurs. | 6/5/14 | 8:30 A.M. | 9:00 A.M. | 4:30 P.M. |
| Fri. | 6/6/14 | 8:30 A.M. | 9:00 A.M. | 3:00 P.M. |
| Mon. | 6/9/14 | 8:30 A.M. | 9:00 A.M. | 4:30 P.M. |
| Tues. | 6/10/14 | 9:30 A.M. | 10:00 A.M. | 4:30 P.M. |
| Wed. | 6/11/14 | 8:30 A.M. | 9:00 A.M. | 4:30 P.M. |
| Thurs. | 6/12/14 | 8:30 A.M. | 9:00 A.M. | 1:30 P.M. |
| Fri. | 6/13/14 | 8:30 A.M. | 9:00 A.M. | 4:30 P.M. |
| Mon. | 6/16/14 | 8:30 A.M. (if needed) | 9:00 A.M. (if needed) | 4:30 P.M. (if needed) |
| Tues. | 6/17/14 | 8:30 A.M. (if needed) | 9:00 A.M. (if needed) | 4:30 P.M. (if needed) |
| Wed. | 6/18/14 | 8:30 A.M. (if needed) | 9:00 A.M. (if needed) | 4:30 P.M. (if needed) |
| Thurs. | 6/19/14 | 8:30 A.M. (if needed) | 9:00 A.M. (if needed) | 4:30 P.M. (if needed) |
| Fri. | 6/20/14 | DARK | | |

Any further questions regarding logistics should be addressed to Mr. Oscar Rivera at 408-535-5378.

**IT IS SO ORDERED.**

Dated: May 19, 2014

_Paul S. Grewal_
PAUL S. GREWAL
United States Magistrate Judge

2

Case No. 5:12-cv-04882-PSG
ORDER RE: TRIAL SCHEDULE