# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION
Magistrate Judge Paul S. Grewal
Courtroom 5 - 4th Floor

## Civil Minute Order

Date: June 3, 2014                                     Time in Court: 5 hours and 7 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter: Summer Fisher

**TITLE: Golden Bridge Technology, Inc. v. Apple, Inc.**
**CASE NUMBER**: CV12-04882 PSG
Plaintiff Attorney(s) present: Lawrence Hadley & Roderick Dorman
Defendant Attorney(s) present: Timothy Teter & Benjamin Damstedt.  Also present: David Melaugh & Ryan Moran

### PROCEEDINGS:
### Jury Trial

Hearing is held outside the presence of the jury.
Golden Bridge Technology to supplement its interrogatory response to articulate damages theory intended to be argued at closing.  Golden Bridge Technology to supplement no later than 6/5/14 by 5:00 p.m.
Mr. Buckley may testify out of order.
The Court denies GBT's request for the issuance of a subpoena duces tecum for Mr. Buckley.
Mr. Yuen or any other fact witness may not offer any opinions on damages or any other opinions outside the scope of ordinary testimony from fact witnesses.  Mr. Yuen is permitted to testify as to facts that may inform the theory GBT plans to disclose in its supplemental interrogatory response.
The Court denies GBT's oral motion in limine to preclude Apple from questioning Dr. Schilling during cross-examination as to whether any other of Dr. Schilling's patents have ever been invalidated by any court.
Jury is summoned, all 9 jurors are present.
Continue examination of Bernard Marren, previously sworn.
Donald Schilling & Joseph Garodnick are sworn and examined.
Jury is excused for the day and instructed not to discuss case.  Jurors to return 6/4/14 at 9:00 a.m.

///

**The following exhibits are admitted into evidence:** Joint Exhibits: 1054, 13, 14, 27, 133, 135 & 1407
**Time remaining:** Plaintiff: 16:35.49     Defendant: 18:39.21