# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

**Magistrate Judge Paul S. Grewal**
Courtroom 5 - 4th Floor

## Civil Minute Order

Date: June 6, 2014                                Time in Court: 4 hours and 30 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter: Summer Fisher

**TITLE: Golden Bridge Technology, Inc. v. Apple, Inc.**
**CASE NUMBER**: CV12-04882 PSG
Plaintiff Attorney(s) present: Lawrence Hadley & Roderick Dorman
Defendant Attorney(s) present: Timothy Teter & Benjamin Damstedt.  Also present: David Melaugh & Ryan Moran

## PROCEEDINGS:
### Jury Trial

Continue examination of Branimir Vojcic, previously sworn.
Branimir Vojcic is sworn & examined.
Plaintiff rests.  Defendant moves for Judgment as a Matter of Law.
Kaiann Drance & Sachin Sane are sworn & examined.
Defendant moves for Judgment as a Matter of Law on Non-Infringement & Damages.  The Court denies defendant's Rule 50(a) motions.
Benjamin Goldberg is sworn & examined.
Jury is excused for the day & instructed not to discuss case.  Jurors to return 6/9/14 at 9:00 a.m.
Charging conference will be held 6/10/14 at 4:45 p.m.

///

**The following exhibits are admitted into evidence:**
Plaintiff Exhibits:
Defendant Exhibits:
Joint Exhibits: 1113, 1118, 1193, 1417, 1422, 1426, 1428, 1429, 1432, 1716 (video exhibit) & 1742 (video exhibit)

**Time remaining:**
Plaintiff: 9:46.54
Defendant: 13:10.26