McKool Smith Hennigan, P.C.
Roderick G. Dorman (SBN 96908)
RDorman@McKoolSmithHennigan.com
Lawrence M. Hadley (SBN 157728)
LHadley@McKoolSmithHennigan.com
Jeanne E. Irving (SBN 81963)
JIrving@McKoolSmithHennigan.com
865 South Figueroa Street Suite 2900
Los Angeles, CA 90017
Tel: (213) 694-1200
Fax: (213) 694-1234

Attorneys for Plaintiff
GOLDEN BRIDGE TECHNOLOGY, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE

| | |
|---|---|
| GOLDEN BRIDGE TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> APPLE INC., <br><br> Defendant. <br><br>_____<br><br> AND RELATED COUNTER CLAIM. | Case No. CV-12-04882-PSG <br><br> **STIPULATION AND ORDER EXTENDING BY 90 DAYS THE ENTRY OF JUDGMENT FOLLOWING THE JURYU VERDICT IN THIS ACTION** <br><br> Courtroom: 5 (4th Floor) <br> Judge: Hon. Paul S. Grewal |

Golden Bridge Technology ("GBT"), the client, McKool Smith Hennigan, P.C. ("MSH"), counsel for GBT, and Apple all stipulate to the following facts and request the entry of the following Order.

WHEREAS MSH and GBT previously jointly moved for MSH's withdrawal from the case (Docket No. 374); and

WHEREAS this Court denied that motion due to the imminent trial date (Docket No. 465); and

WHEREAS a jury trial is now underway in this action and MSH is representing GBT during the trial; and

WHEREAS the jury trial of this matter will shortly conclude; and

WHEREAS both GBT and MSH wish MSH to be allowed to withdraw as soon as possible after the jury is excused; and

WHEREAS GBT and MSH desire GBT to have sufficient time following the conclusion of the trial to hire new counsel and to prepare and to respond to post trial motions; and

WHEREAS Apple has no objection to the relief requested in this Stipulation and Order;

IT IS HEREBY STIPULATED that the Court shall not enter judgment in this action prior to a date ninety (90) days following the day the jury is excused; and

IT IS FURTHER STIPULATED that an Order may issue, allowing MSH to withdraw as counsel of record for GBT in this action immediately following the conclusion of the jury trial.

DATED: June 9, 2014                     McKOOL SMITH HENNIGAN, P.C.


                                        By _____
                                            Roderick G. Dorman

                                        Attorneys for Plaintiff, GOLDEN BRIDGE
                                        TECHNOLOGY, INC.

DATED: June 10, 2014    APPLE INC.

By _____
Timothy S. Teter

Attorneys for Defendant APPLE INC.

DATED:  June 9, 2014    GOLDEN BRIDGE TECHNOLOGY, INC.

By _____
Elmer Yuen

President and CEO

CERTIFICATE OF SERVICE

The undersigned certifies that counsel of record who are deemed to have consented to electronic service are being served on June 10, 2014, with a copy of this document via the Court's CM/ECF system per Local Rules. Any other counsel will be served by electronic mail, facsimile, overnight delivery and/or first class mail on this date.

                                                */s/ Roderick G. Dorman*
                                                Roderick G. Dorman