UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| GOLDEN BRIDGE TECHNOLOGY, | ) | Case No. 5:12-cv-04882-PSG |
| Plaintiff, | ) ) | **[PROPOSED] VERDICT FORM** |
| v. | ) ) | |
| APPLE INC., | ) ) | |
| Defendant. | ) ) | |

**IT IS SO ORDERED.**

Date: June 10, 2014

_____
Paul S. Grewal
United States Magistrate Judge

We, the jury, unanimously answer the Questions submitted to us as follows:

### SECTION 1:  INFRINGEMENT

*Question 1*:  Has GBT proven that the accused Apple products include each element in claim 7 of the '793 patent?

Answer "Yes" (to rule in favor of GBT) or "No" (to rule in favor of Apple) for each product.

|  | **Yes (for GBT)** | **No (for Apple)** |
|---|---|---|
| iPhone 4 (GSM model A1332) | | |
| iPhone 4S (GSM model A1387) | | |
| iPhone 5 (GSM models A1428 and A1429) | | |
| iPad 2nd Generation (Wi-Fi + 3G model A1396) | | |

*Proceed to Section 2.*

### SECTION 2:  INVALIDITY

*Question 2*.  Has Apple proven that claim 7 of the '793 patent is invalid?

\_\_\_\_\_ Yes (in favor of Apple)        \_\_\_\_\_ No (in favor of GBT)

*If you answered both "Yes" to any subpart of Question 1 (a finding of infringement) and "No" on Question 2 (a finding of no invalidity), **proceed to Question 3**.*

*Otherwise, **stop here, answer no further questions, and have the foreperson sign and date this form**.*

## SECTION 3: DAMAGES

*Question 3*. What sum of money, if paid now in cash, do you find from a preponderance of the evidence would fairly and reasonably compensate GBT for Apple's infringement of the patent?

$ _____

**Have the foreperson sign and date this form.**

Signed: _____ Dated: _____