UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| GOLDEN BRIDGE TECHNOLOGY, | ) | Case No. 5:12-cv-04882-PSG |
| Plaintiff, | ) ) | **VERDICT FORM** |
| v. | ) ) | |
| APPLE INC., | ) ) | |
| Defendant. | ) ) | |

**IT IS SO ORDERED.**

Date: June 12, 2014

                                                     PAUL S. GREWAL
                                                     United States Magistrate Judge

We, the jury, unanimously answer the Questions submitted to us as follows:

### SECTION 1: INFRINGEMENT

*Question 1*: Has GBT proven by a preponderance of the evidence that the accused Apple products include each element in claim 7 of the '793 patent?

Answer "Yes" (to rule in favor of GBT) or "No" (to rule in favor of Apple) for each product.

| | **Yes (for GBT)** | **No (for Apple)** |
|---|---|---|
| iPhone 4 (GSM model A1332) | | |
| iPhone 4S (GSM model A1387) | | |
| iPhone 5 (GSM models A1428 and A1429) | | |
| iPad 2nd Generation (Wi-Fi + 3G model A1396) | | |

*Proceed to Section 2.*

### SECTION 2: INVALIDITY

*Question 2.* Has Apple proven by clear and convincing evidence that claim 7 of the '793 patent is invalid?

_____ Yes (in favor of Apple)          _____ No (in favor of GBT)

*If you answered both "Yes" to any subpart of Question 1 (a finding of infringement) and "No" on Question 2 (a finding of no invalidity), **proceed to Section 3**.*

***Otherwise, stop here, answer no further questions, and have the foreperson sign and date this form.***

2

Case No. 5:12-cv-04882-PSG
VERDICT FORM

## SECTION 3: DAMAGES

*Question 3.* What sum of money, if paid now in cash, do you find from a preponderance of the evidence would fairly and reasonably compensate GBT for Apple's infringement of the patent?

$_____

*If you entered any damages amount in Question 3, proceed to Question 4.*

*Question 4.* What form of royalty have you entered?

*Check either "Lump-sum, fully paid-up license" or "License for term less than full term of '793 patent expiring June 30, 2013."*

_____ Lump-sum fully paid-up license        _____ License for term less than full term of
                                                   '793 patent expiring June 30, 2013.

**Have the foreperson sign and date this form.**

Signed: _____   Dated: _____

3

Case No. 5:12-cv-04882-PSG
VERDICT FORM