McKool Smith Hennigan, P.C.
los angeles, california

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE

| | |
|---|---|
| GOLDEN BRIDGE TECHNOLOGY, INC.,<br><br>                              Plaintiff,<br><br>      vs.<br><br>APPLE INC.,<br><br>                              Defendant.<br><br>AND RELATED COUNTER CLAIM. | Case No. CV-12-04882-PSG<br><br>[PROPOSED] ORDER REGARDING STIPULATION EXTENDING BY 90 DAYS THE ENTRY OF JUDGMENT FOLLOWING THE JURY VERDICT IN THIS ACTION<br><br>Courtroom:  5  (4th Floor)<br>Judge:     Hon. Paul S. Grewal |

Upon the conclusion of this jury trial, McKool Smith Hennigan, P.C.'s request to withdraw as counsel of record in this action for Golden Bridge Technology, Inc. is GRANTED.

This Court will not enter judgment in this action prior to a date ninety (90) days following the day the jury is excused.

IT IS SO ORDERED.

*Paul S. Grewal*
Paul S. Grewal
United States District Court Magistrate Judge

Submitted by:

By  */s/ Roderick G. Dorman*
       Roderick G. Dorman

McKool Smith Hennigan, P.C.
Roderick G. Dorman (SBN 96908)
RDorman@McKoolSmithHennigan.com
Lawrence M. Hadley (SBN 157728)
LHadley@McKoolSmithHennigan.com
Jeanne E. Irving (SBN 81963)
JIrving@McKoolSmithHennigan.com
865 South Figueroa Street Suite 2900
Los Angeles, CA 90017
Tel: (213) 694-1200
Fax: (213) 694-1234

Attorneys for Plaintiff
GOLDEN BRIDGE TECHNOLOGY, INC.