# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION
Magistrate Judge Paul S. Grewal
Courtroom 5 - 4th Floor

## Civil Minute Order

Date: June 13, 2014                                  Time in Court: 10 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter: Summer Fisher

**TITLE: Golden Bridge Technology, Inc. v. Apple, Inc.**
**CASE NUMBER**: **CV12-04882 PSG**
Plaintiff Attorney(s) present: Lawrence Hadley
Defendant Attorney(s) present: Timothy Teter, Benjamin Damstedt & Lowell Mead.  Also present: David Melaugh & Ryan Moran

### PROCEEDINGS:
### Jury Deliberations

Hearing held re: Jury Notes 1-3.
Jury is excused for the day and instructed not to discuss case, to return 6/16/14 at 9:00 AM.

///