UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Magistrate Judge Paul S. Grewal
Courtroom 5 - 4th Floor

# Civil Minute Order

Date: June 16, 2014                                              Time in Court: 10 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter: Summer Fisher

**TITLE: Golden Bridge Technology, Inc. v. Apple, Inc.**
**CASE NUMBER**: **CV12-04882 PSG**
Plaintiff Attorney(s) present: Lawrence Hadley
Defendant Attorney(s) present: Timothy Teter & Benjamin Damstedt.  Also present: Ryan Moran

## PROCEEDINGS:
## Jury Deliberations/Jury Trial Completed

Hearing held re: Jury Note #5.
Jury reaches verdict.
The Court publishes the verdict.  The Court polls the Jury.  The verdict is unanimous.
The Jury is thanked for their services and discharged.
Entry of Judgment deferred for 90 days per stipulation previously entered by parties.

///