UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GOLDEN BRIDGE TECHNOLOGY, INC.,     No. CV12-04882 PSG

        Plaintiff(s),

    v.                                          JURY NOTES

APPLE, INC.,

        Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

Please find Jury Notes following testimony and during jury deliberations.

Dated: June 16, 2014

                                                        FOR THE COURT,
                                                        Richard W. Wieking, Clerk

                                                        /s/ Oscar Rivera
                                                        Oscar Rivera
                                                        Courtroom Deputy

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION


PRESIDING: JUDGE PAUL S. GREWAL

CASE NO: CV12-04882 PSG
CASE TITLE: Golden Bridge Technology, Inc. v. Apple, Inc.

NOTE FROM THE JURY FOLLOWING TESTIMONY

Date: 6.3.14

The Jury has the following question:

Does GBT have any license agreement with any company today? And which patents are part of that license



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

PRESIDING: JUDGE PAUL S. GREWAL

CASE NO: CV12-04882 PSG
CASE TITLE: Golden Bridge Technology, Inc. v. Apple, Inc.

## NOTE FROM THE JURY FOLLOWING TESTIMONY

Date: 6.3.14

The Jury has the following question:

(1) Between GBT & NTT Japan, or other previous patent already file, was there any patent settlement? if so what was the result? Regarding Patent 793.

(2) ~~Why Samsung di~~



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION


PRESIDING: JUDGE PAUL S. GREWAL

CASE NO: CV12-04882 PSG
CASE TITLE: Golden Bridge Technology, Inc. v. Apple, Inc.

### NOTE FROM THE JURY FOLLOWING TESTIMONY

Date: 6/4

The Jury has the following question:

① Are you aware of Okamura Patent (1995)? If so compare with your patent #793 what is the difference?

② If GBT was developing "chip" manufacturing as original plan patent #793 is to be use for "chip" design?

③ I understand patent contents of #793 But which Industry could use it or pay Royalty, chip manifacture? telephone company (AT&T, Sprint) cellphone manifacture such as Apple, Nokia?

④ Who is currently paying Royalty to #793 When will it expire such as #951?

⑤ North America wireless standard 2G cel include #793 If so how is it applied?

④

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION


PRESIDING: JUDGE PAUL S. GREWAL

CASE NO: CV12-04882 PSG
CASE TITLE: Golden Bridge Technology, Inc. v. Apple, Inc.

NOTE FROM THE JURY FOLLOWING TESTIMONY

Date:

The Jury has the following question:

1) While you were at GBT did you advise any Maxim Architect any product using the patent in question.

2) ~~Was any micro Arch. document was generated at GBT while you were there? If so can we see it.~~



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

PRESIDING: JUDGE PAUL S. GREWAL

CASE NO: CV12-04882 PSG
CASE TITLE: Golden Bridge Technology, Inc. v. Apple, Inc.

NOTE FROM THE JURY FOLLOWING TESTIMONY

Date: 6/6/14

The Jury has the following question:

1) What is TTI? Why is 2ms TTI faster than 10ms TTI in data rate

2) What is the term 'chips' mean relating to channels

3) Why is 2 Bit chip better than 256 Bit chip as far as data rate

4) Can you explain again please what is a frame

5) How is a frame built

6) Can you explain the difference between an enhanced data channel and non-enhanced data channel

7) How can a non-enhanced and enhanced data channel align in the same 'adder'

8) What controls the frame alignment? Processor? DSP?

9) For your patent infringement analysis does all channels going into one 'adder' have to meet all of the 'limitations' of claims 7 to declare infringement

10) ~~Can you~~



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

PRESIDING: JUDGE PAUL S. GREWAL

CASE NO: CV12-04882 PSG
CASE TITLE: Golden Bridge Technology, Inc. v. Apple, Inc.

### NOTE FROM THE JURY FOLLOWING TESTIMONY

Date: 6/6/14

The Jury has the following question:

10) For the Qualcom + Intel chips does the control channel have orthogonal spreading across the I & Q branches

11) Does the control channel meet the Claim 7 limitation for ~~the control channel~~ the GCOM & TxTc products with all channels across both I & Q branches

12) Why is ok to not include the non-enhanced data channel in your infringement analysis

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION



PRESIDING: JUDGE PAUL S. GREWAL

CASE NO: CV12-04882 PSG
CASE TITLE: Golden Bridge Technology, Inc. v. Apple, Inc.

NOTE FROM THE JURY FOLLOWING TESTIMONY

Date: 6/6

The Jury has the following question:

① Have you ever involved patent #793 with chip manufacture INTEL or Qualcomm?

②



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

PRESIDING: JUDGE PAUL S. GREWAL

CASE NO: CV12-04882 PSG
CASE TITLE: Golden Bridge Technology, Inc. v. Apple, Inc.

### NOTE FROM THE JURY FOLLOWING TESTIMONY

Date: 6/9/14

The Jury has the following question:

1) In the QCom + Intel proposed compiler we have 2 control channels going into @tree adder — Do these channels concurrently used to control the data channel synchronizer. Are these 2 control channels orthogonal?

2) What happens to legacy control channel when the transmitter is in the enhanced mode. Does the ovsf code change for this? What controls this?

X 3) QCom umts tx block — Is the offset tmu ctl block a free running clock

X 4) Is there any control signal going into this block that changes the timing of this block? What control this? which block? DSP??

Question #3, #4 were answered in cross. No need to ask.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

PRESIDING: JUDGE PAUL S. GREWAL

CASE NO: CV12-04882 PSG
CASE TITLE: Golden Bridge Technology, Inc. v. Apple, Inc.

NOTE FROM THE JURY FOLLOWING TESTIMONY

Date: 6/10/14

The Jury has the following question:

Did Apple win the earlier "4" infringement cases that Dr Acampora mentioned & was defending?

What is a p-ratch?

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

PRESIDING: JUDGE PAUL S. GREWAL

CASE NO: CV12-04882 PSG
CASE TITLE: Golden Bridge Technology, Inc. v. Apple, Inc.

NOTE FROM THE JURY FOLLOWING TESTIMONY

Date: 6/10/14

The Jury has the following question:

1. Did the inventor of the NTT patent file any suit against GBT or the '793 patent? (Did we ask this already?)

2. Did you review the Qualcomm & Intel chip that is in question relative to the '793 patent?



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

PRESIDING: JUDGE PAUL S. GREWAL

CASE NO: CV12-04882 PSG
CASE TITLE: Golden Bridge Technology, Inc. v. Apple, Inc.

## NOTE FROM THE JURY FOLLOWING TESTIMONY

Date: 6/10/14

The Jury has the following question: or a standard document or proposals

1) Should a paper be considered for a infringment case? For example NTT 95 paper. OR Should only prior patents be considered.

2) In a patent, what has priority figures or text If a descrepency is found between a figure and text Is the patent still valid?

3) Does all limitations of a patent claim be in a prior patent to make the patent invalid

4) If one of the limitation of a patent claim is unique or new then is the patent still valid?

5) Is a patent filing different that a patent issue

6) What is the issue date of NTT and Matsushita patent? Does these dates still precede the '793 patent

7) Does the '793 patent describes the header from the tx only is used for timing or can patent use the header from the Rx to time the frame tx slot symbol

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

PRESIDING: JUDGE PAUL S. GREWAL

CASE NO: CV12-04882 PSG
CASE TITLE: Golden Bridge Technology, Inc. v. Apple, Inc.

NOTE FROM THE JURY FOLLOWING TESTIMONY

Date: 6/10/14

The Jury has the following question:

8) Does the processor use the Rx header ~~data~~ channel to derive inputs to the tx timing data

9) If the tx clocking block use the processor output to time when to clock the tx. Does that ~~are~~ meet the limitation (processor)

10) OR Does this claim is only restricted to the synchronization of the tx relative data & control channels

11) ~~Does~~ CAN the processor use the Rx header channel to derive the tx header channel per this patent

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

PRESIDING: JUDGE PAUL S. GREWAL

CASE NO: CV12-04882 PSG
CASE TITLE: Golden Bridge Technology, Inc. v. Apple, Inc.

NOTE FROM THE JURY DURING DELIBERATIONS

Date: 4/13/14
Time: 10:30 AM

Note No. 1

1. The Jury has reached a unanimous verdict. [Please mark]   (_____)

or

2. The Jury has the following question:

1) Does All of the products (iPhone 4, 4s, 5 and iPad 2) use the same QCOM + INTC chips

The answer to this question lies in the record.
Unfortunately I cannot provide any further information.
                                                    Judge Grewal

_____
Signature of Juror

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

PRESIDING: JUDGE PAUL S. GREWAL

CASE NO: CV12-04882 PSG
CASE TITLE: Golden Bridge Technology, Inc. v. Apple, Inc.

NOTE FROM THE JURY DURING DELIBERATIONS

Date: 6/13/14
Time: 10:45 AM

Note No. 2

1. The Jury has reached a unanimous verdict. [Please mark]   (_____)

or

2. The Jury has the following question:

Can we get an index of the exhibits?
Unfortunately I have no index to provide.
                                                    Judge Grewal

Signature of Juror

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

PRESIDING: JUDGE PAUL S. GREWAL

CASE NO: CV12-04882 PSG
CASE TITLE: Golden Bridge Technology, Inc. v. Apple, Inc.

NOTE FROM THE JURY DURING DELIBERATIONS

Date: 6/13/14
Time: 11:05
Note No. 3

1. The Jury has reached a unanimous verdict. [Please mark] (_____)

or

2. The Jury has the following question:

Can we get the transcript of Dr. Goldberg and Dr. Liu testimony?

Unfortunately, no.
Judge Grewal

Signature of Juror

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

PRESIDING: JUDGE PAUL S. GREWAL

CASE NO: CV12-04882 PSG
CASE TITLE: Golden Bridge Technology, Inc. v. Apple, Inc.

NOTE FROM THE JURY DURING DELIBERATIONS

Date: 6/03/14
Time: 4:15pm
Note No. 4

1. The Jury has reached a unanimous verdict. [Please mark]   (_____)

or

2. The Jury has the following question:

We will not be Able to reach a verdict today. We will need to deliberate further.

Signature of Juror

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION


PRESIDING: JUDGE PAUL S. GREWAL

CASE NO: CV12-04882 PSG
CASE TITLE: Golden Bridge Technology, Inc. v. Apple, Inc.

NOTE FROM THE JURY DURING DELIBERATIONS

Date: 6/16/14
Time: 11:02
Note No. #5

1. The Jury has reached a unanimous verdict. [Please mark]    (_____)

or

2. The Jury has the following question:

i) If we see a conflict between claim limitation language and court construction definition, which takes priority

Answer:
The court's construction takes priority.
— Judge Grewal

_____
Signature of Juror

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

PRESIDING: JUDGE PAUL S. GREWAL

CASE NO: CV12-04882 PSG
CASE TITLE: Golden Bridge Technology, Inc. v. Apple, Inc.

NOTE FROM THE JURY DURING DELIBERATIONS

Date: 6/16/14
Time: 11:20 AM

Note No. 6

1. The Jury has reached a unanimous verdict. [Please mark]  ( X )

or

2. The Jury has the following question:

_____

Signature of Juror