UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN BRIDGE TECHNOLOGY, INC., | No. CV12-04882 PSG |
| Plaintiff(s), | |
| v. | VERDICT |
| APPLE, INC., | |
| Defendant(s). | |

We, the jury, unanimously answer the Questions submitted to us as follows:

### SECTION 1: INFRINGEMENT

*Question 1*: Has GBT proven by a preponderance of the evidence that the accused Apple products include each element in claim 7 of the '793 patent?

Answer "Yes" (to rule in favor of GBT) or "No" (to rule in favor of Apple) for each product.

|  | Yes (for GBT) | No (for Apple) |
|---|---|---|
| iPhone 4 (GSM model A1332) |  | X |
| iPhone 4S (GSM model A1387) |  | X |
| iPhone 5 (GSM models A1428 and A1429) |  | X |
| iPad 2nd Generation (Wi-Fi + 3G model A1396) |  | X |

**Proceed to Section 2.**

### SECTION 2: INVALIDITY

*Question 2.* Has Apple proven by clear and convincing evidence that claim 7 of the '793 patent is invalid?

\_\_\_\_\_ Yes (in favor of Apple)        X No (in favor of GBT)

*If you answered <u>both</u> "Yes" to any subpart of Question 1 (a finding of infringement) and "No" on Question 2 (a finding of no invalidity),* **proceed to Section 3.**

**Otherwise, stop here, answer no further questions, and have the foreperson sign and date this form.**

2

Case No. 5:12-cv-04882-PSG
VERDICT FORM

## SECTION 3: DAMAGES

*Question 3.* What sum of money, if paid now in cash, do you find from a preponderance of the evidence would fairly and reasonably compensate GBT for Apple's infringement of the patent?

$ _____

*If you entered any damages amount in Question 3, proceed to Question 4.*

*Question 4.* What form of royalty have you entered?

*Check either "Lump-sum, fully paid-up license" or "License for term less than full term of '793 patent expiring June 30, 2013."*

_____ Lump-sum fully paid-up license       _____ License for term less than full term of '793 patent expiring June 30, 2013.

**Have the foreperson sign and date this form.**

Signed: _[signature]_     Dated: 6/16/14