UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOLDEN BRIDGE TECHNOLOGY, INC., ) | Case No. 5:12-cv-04882-PSG |
| ) | |
| Plaintiff, ) | **ORDER RE POST-TRIAL BRIEFING** |
| v. ) | **AND HEARING SCHEDULE** |
| ) | |
| APPLE, INC., ) | **(Re: Docket No. 570)** |
| ) | |
| Defendant. ) | |

Before the court is a joint statement proposing a schedule for post-trial briefing by Plaintiff Golden Bridge Technology, Inc. and Defendant Apple, Inc.[1]  Based on the parties' proposals, the court ORDERS the following deadlines shall apply:

Post-trial motions under Rules 50 and 59……………………………..November 28, 2014

Oppositions………………………………………………………..……December 3, 2014

Replies………………………………………………………..…………December 8, 2014

Hearing…………………………………………………….December 19, 2014 at 10:00 a.m.

In accordance with the parties' joint proposal, the court will postpone the entry of judgment until after the hearing on post-trial motions.

---

[1] *See* Docket No. 570.

1
Case No. 5:12-cv-04882-PSG
ORDER RE POST-TRIAL BRIEFING AND HEARING SCHEDULE

**IT IS SO ORDERED.**

Dated: September 19, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge