UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOLDEN BRIDGE TECHNOLOGY, INC., | Case No. 5:12-cv-04882-PSG |
| Plaintiff, | **(AMENDED) ORDER RE POST-TRIAL BRIEFING AND HEARING SCHEDULE** |
| v. | |
| APPLE, INC., | **(Re: Docket No. 570)** |
| Defendant. | |

Before the court is a joint statement proposing a schedule for post-trial briefing by Plaintiff Golden Bridge Technology, Inc. and Defendant Apple, Inc.[1]  Based on the parties' proposals, the court ORDERS the following deadlines shall apply:

Post-trial motions under Rules 50 and 59………………………………..November 18, 2014

Oppositions…………………………………………………………..……December 3, 2014

Replies…………………………………………………………..…………December 8, 2014

Hearing……………………………………………………….December 19, 2014 at 10:00 a.m.

In accordance with the parties' joint proposal, the court will postpone the entry of judgment until after the hearing on post-trial motions.

---

[1] *See* Docket No. 570.

Case No. 5:12-cv-04882-PSG
(AMENDED) ORDER RE POST-TRIAL BRIEFING AND HEARING SCHEDULE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

**IT IS SO ORDERED.**

Dated: November 12, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge

Case No. 5:12-cv-04882-PSG
(AMENDED) ORDER RE POST-TRIAL BRIEFING AND HEARING SCHEDULE