UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Golden Bridge Technology Inc., <br><br> Plaintiff, <br><br> v. <br><br> Apple Inc., <br><br> Defendant. | Case No.  5:12-cv-04882-PSG <br><br> [~~PROPOSED~~] ORDER TAKING OFF CALENDAR THE MAY 10, 2016 JUDGMENT DEBTOR EXAMINATION <br><br> Judge:    Hon. Paul S. Grewal |

Apple Inc. has filed a motion to take off calendar the judgment debtor examination of Golden Bridge Technology, Inc. ("GBT").  Having considered Apple's motion and all other matters presented to the Court, and for good cause shown, IT IS HEREBY ORDERED:

The judgment debtor examination of GBT scheduled before this Court for 10:00 a.m. on May 10, 2016 is hereby taken off calendar.

IT IS SO ORDERED.

Dated: May 9, 2016

Paul S. Grewal
United States Magistrate Judge

131291159